## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

In re:  Joe Simon Riddick, Jr.                                    Case no. 10-73965-FJS
       Rose Marie Riddick                                         Chapter 7

          Debtors.

### REPORT OF DEPOSIT OF SMALL DIVIDENDS/UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| **Creditor's Name and Address** | **Amount of Dividend** |
|---|---|
| Receivables Management<br>PO Box 8630<br>Richmond, VA 23226 | $4.08 |
| **TOTAL** | $4.08 |

Dated: May 31, 2011

_____
Carolyn L. Camardo, Trustee
VSB #23814
258 N. Witchduck Road, Suite C
Virginia Beach, VA 23462
(757) 490-2200

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was served via the ECF System, this 31st day of May, 2011 to:

Office of the US Trustee*
Room 625, Federal Building
200 Granby Street
Norfolk, VA  23510
[USTPRegion04.NO.ECF@usdoj.gov]

*signature*
Carolyn L. Camardo, Trustee